**FILED**
APR 28 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEXANDER MEZHBEIN,<br><br>  Petitioner,<br><br> v.<br><br>J.F. SALAZAR, Warden,<br><br>  Respondent. | Case No. CV 06-8059-DOC (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of the United States Magistrate Judge on Respondent's Motion to Stay Proceedings, and has conducted a de novo review of those portions of the Report and Recommendations to which objections were filed.

IT IS ORDERED that the Motion for Stay of Order Pending Appeal is DENIED.

Dated: *April 27, 2008*

_____
David O. Carter
United States District Judge