**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV06-8059 DOC (MLG)                                            Date: September 19, 2008

Title: ALEXANDER MEZHBEIN v. J.F. SALAZAR, et al.

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                    Date:_____   Deputy Clerk: _____

---

PRESENT:            THE HONORABLE DAVID O. CARTER, JUDGE

         Kristee Hopkins                                    Not Present
         Courtroom Clerk                                    Court Reporter

    ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

         NONE PRESENT                                       NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDERING PETITIONER'S RELEASE OR PRODUCTION

         The Court presently has a hearing scheduled in this matter at 8:30 a.m. on October 6, 2008.

         Pursuant to its prior Order, the Court hereby ORDERS Respondents to immediately release petitioner to Federal Immigration Custody.  Upon verification from Respondents on or before October 1, 2008 that Mezhbein is in Federal Custody, the Court will vacate its October 6, 2008 hearing.

         In the alternative, if no verification is forthcoming, Respondents are hereby ORDERED TO PRODUCE PETITIONER at 8:30 a.m. on October 6, 2008 at the United States District Court, Ronald Reagan Federal Building, 411 West Fourth Street, Courtroom 9-D, Santa Ana, California 92701. Counsel shall appear on Petitioner's behalf at this hearing.

         The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                         Initials of Deputy Clerk _kh_
CIVIL - GEN                                                 Page 1 of 1